# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK D'AMBROSIO, M.D. | Case No. 2:19-cv-00552-CBM-JC$_X$ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR PERMANENT INJUNCTION [18] |
| EMILY FISHER; and DOES 1 through 10, | |
| Defendants. | |

# PERMANENT INJUNCTION

IT IS HEREBY ORDERED THAT Defendant Emily Fisher ("Fisher"), her agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Permanent Injunction by personal service or otherwise be, and hereby are permanently enjoined from (i) using, registering or seeking to register the DOCTOR FRANK trademark or any mark confusingly similar thereto, (ii) using, registering or seeking to register the *doctorfrank.com* domain name; (iii) using the Doctor Frank website; (iv) using, registering or seeking to register any social media accounts under the name Doctor Frank Live; (v) using the content of the publication *Cannabis is Medicine;* (vi) promoting, selling, offering for sale, distributing or otherwise exploiting the publication *Cannabis is Medicine*; and (vii) using, reproducing, or otherwise exploiting the dataset resulting from D'Ambrosio's patient research and survey entitled "Can Cannabis Be Used To Replace Addictive Pharmaceuticals".

Fisher is hereby given further notice that she shall be deemed to have actual notice of the issuance and terms of this permanent injunction and that any act by her in violation of any of the terms hereof may be considered and prosecuted as contempt of this Court.

**IT IS SO ORDERED.**

Dated: AUGUST 13, 2019

Hon. Consuelo B. Marshall
United States District Judge